UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CASE NO.: 1:08-cr-00057-BJR-13

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JESUS ENRIQUE REJON AGUILAR,

      Defendant.
_____/

## NOTICE OF VACATION

**TO THE HONORABLE COURT:**

**COMES NOW**, the undersigned attorney and very respectfully informs the Court that I will be out of the jurisdiction on vacation, from September 19, 2019 to October 6, 2019 inclusive, if any emergency occurs please contact my office at the information listed below.

**WHEREFORE**, it is respectfully requested that this Honorable Court to take note of the aforementioned, when considering the setting of hearings in the instant case.

**RESPECTFULLY SUBMITTED** on this 21st day of August 2019.

      */s/ Victor E. Rocha, Esq.*
      DC Bar Number: 993638
      Law Offices of Victor E. Rocha, P.A.
      Attorney for the Defendant
      990 Biscayne Blvd, Suite O-903
      Miami, Florida 33132
      Tel: (305) 774-9111
      Fax: (305) 514-0987
      Email: rochalaw@gmail.com