UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF COLUMBIA
CASE NO.: 1:08-CR-00057-BJR-13

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**

**JESUS ENRIQUE REJON AGUILAR,**

    **Defendant.**

_____/

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE AND REQUEST FOR HEARING

COMES NOW, the Defendant, JESUS ENRIQUE REJON AGUILAR, by and through his undersigned counsel and respectfully files this his Motion for Early Termination of Supervised Release and Request for Hearing and in support of this motion would show unto this Court as follows:

1. The Defendant was sentenced on February 27, 2020, to 120 months in prison with credit time served beginning June 28, 2011, and a term of supervised release for five (5) years to follow.

2. On the date of the Sentence, the defendant had completed 102 months incarceration which is tantamount to 85% of his sentence.

Consequently, the defendant had effectively completed his sentence on the date he was sentenced.

3. Shortly afterwards, the Defendant was released from the Bureau of Prisons to the Immigration and Naturalization Service of the Department of Justice and subsequently released by the Service on April 26, 2020.

4. The Defendant has completed over three years of his five-year supervised release term.

5. The Defendant has complied with all conditions of supervised release and has paid all restitution and fines in full.

6. The Defendant has been a model probationer/supervisee and respectfully requests termination from his supervised release.

7. The office of the undersigned spoke with Probation Officer Andrew Flores who was assigned to and has monitored the Defendant and he indicated that he has no objection to this Defendant's request for early termination of his Supervised Release.

8. The Defendant has legitimate reasons for this request primarily having to do with his employment which counsel will illustrate to the Court in the hearing which is being requested.

9. The undersigned counsel has communicated with the Assistant United States Attorney assigned to this case and was told that the National

Dangerous Drug Section of the United States Department of Justice objects to the relief requested in this Motion.

**WHEREFORE**, the Defendant respectfully requests this Honorable Court to enter its Order granting the early termination of the Defendant's supervised release and, if required, to set a hearing on this matter in order to permit the undersigned to provide the Court with the reasons supporting this Motion in a Sealed Hearing.

Respectfully Submitted,

*Victor E. Rocha*
VICTOR E. ROCHA, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was filed using the CM/ECF Filing System on this 8th day of March 2023.

VICTOR E. ROCHA
7700 North Kendall Drive, Suite 604
Miami, Fl 33156
Tel: (305) 774-9111
Fax: (305) 514-0987
Email: rochalaw@gmail.com

BY: /s/ *Victor E. Rocha*
Victor E. Rocha, Esq.
Fla Bar No.:366382